Commonwealth *v.* Bates et al., Appellants.

Argued November 13, 1973. *John R. Cook,* Trial Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellants; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.